SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Jared M. Hartman, Esq. (SBN 254860)
400 South Melrose Drive Suite 209
Vista, CA 92081
(619) 500-4187 Telephone
(888) 819-8230 Facsimile

Attorneys for Plaintiff, BRIAN SHIN

# IN THE U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A. d/b/a CITIZENS ONE HOME LOANS; DOES 1-10<br><br>Defendants. | Case No.: 3:17-cv-01435-WQH-WVG<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO RULE 41(a)(1)(A)(i)** |

**TO:   ALL ATTORNEYS OF RECORD AND CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff BRIAN SHIN hereby dismisses this matter, with prejudice, voluntarily pursuant to Rule 41(a)(1)(A)(i).  As Defendant has yet to file an Answer or a Motion for Summary Judgment, a joint stipulation with Defendant is not required.

Dated: 04-03-2018                                    Respectfully submitted,


                                                                   */s/ Jared M. Hartman           .*
                                                                   Jared M. Hartman, Esq.

1
**NOTICE OF DISMISSAL**

<u>PROOF OF SERVICE</u>

**Case No.:** 3:17-cv-01435-WQH-WVG

Shin v. Citizens Bank, N.A.

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 41707 Winchester Road, Suite 201, Temecula, CA 92590. On the date provided below, I served the foregoing document described below on the interested parties in this action by the manner indicated below.

**NOTICE OF VOLUNTARY DISMISSAL** was served on:

| | |
|---|---|
| Raymond Y. Kim<br>Sevana Zadourian<br>REED SMITH LLP<br>355 S. Grand Ave.<br>Suite 2900<br>Los Angeles, CA 90071-1514<br>Attorneys for Defendant | |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 4-3-18                */s/ Jared M. Hartman*
                             Jared M. Hartman, Esq.

2
**NOTICE OF DISMISSAL**